IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JUSTIN T. DAVIDSON, #323116, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 3:20-CV-80-WHA-CSC ) |
| STEVE JOHNSON and PAUL WEATHERLEY, | ) ) ) ) |
| Defendants. | ) |

**O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on September 26, 2022. Doc. 26. There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED that:

1. Defendants' Special Report (Doc. 17) is construed as a motion to dismiss;

2. The motion is GRANTED; and

3. This case is DISMISSED with prejudice for Plaintiff's failure to exhaust his administrative remedies prior to filing suit.

Final Judgment will be entered separately.

Done, this 18th day of October 2022.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE